# Court of Appeals
# of the State of Georgia

ATLANTA,  July 10, 2024

*The Court of Appeals hereby passes the following order:*

**A24D0393. CEDRIC ALAN HERBERT v. THE STATE.**

Cedric Alan Herbert was convicted of speeding on February 20, 2024, and the trial court sentenced him to 12 months' probation. On May 24, 2024, Herbert filed a petition for review in the Georgia Supreme Court, which the Court construed as an application for discretionary appeal and transferred to this Court. We, however, lack jurisdiction.

Herbert's conviction is a directly appealable judgment. See e. g., *Brown v. State*, 351 Ga. App. 808 (833 SE2d 202) (2019). And ordinarily, when a party has a right of direct appeal and files an application for discretionary appeal, we will grant the application. See OCGA § 5-6-35 (j). However, the application for a discretionary appeal must be filed within 30 days of the order being appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, Herbert filed his application 94 days after entry of the order he seeks to appeal. Given that the application is untimely, we are without jurisdiction to consider it.

Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __07/10/2024_____

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*